# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIRANJAN VALSALA PADMANABHAN, ) <br> ) <br> Plaintiff(s) ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO MAYORKAS, in his official ) <br> capacity, Secretary, U.S. Department of ) <br> Homeland Security, et. al., ) <br> ) <br> ) <br> Plaintiffs | Civil Action No: 1:24-cv-07695 <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 11/26/2024 |

## [~~PROPOSED~~] ORDER

Upon consideration of Plaintiff's Notice of Voluntary Dismissal, it is hereby **ORDERED** that the above captioned case is **DISMISSED** without prejudice against all Defendants.

Dated: 11/26/2024

_____
**UNITED STATES DISTRICT JUDGE**

1